# Court of Appeals
# of the State of Georgia

ATLANTA,____October 21, 2014_____

*The Court of Appeals hereby passes the following order:*

## A15D0073.  ALLEN W. JOHNSON v. S & H MOTORS, INC., d/b/a KIA OF AUGUSTA.

Allen W. Johnson, plaintiff in the case below, has filed an application for discretionary review of the trial court's September 3, 2014, order granting the defendant's motion for attorney fees pursuant to OCGA § 9-15-14 (b).  The trial court's order, however, did not fully resolve the issue: although the court awarded fees to the defendant, it did not set the amount of the award.[1]  Because the issue remains pending, Johnson was required to follow the interlocutory appeal procedures to obtain appellate review at this time.  See OCGA § 5- 6-34 (b); *Scruggs v. Ga. Dept. of Human Resources*, 261 Ga. 587, 589 (408 SE2d 103) (1991).  His failure to follow the interlocutory appeal procedures deprives this Court of jurisdiction to consider this application. Accordingly, this application is DISMISSED.



Court of Appeals of the State of Georgia
      Clerk's Office, Atlanta,_____10/21/2014_____
      I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
      Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.

---

[1] The defendant's motion also did not specify an amount for the fees award. Instead, the defendant sought "reasonable attorney fees incurred in responding to Plaintiff's motion [for new trial]."